FILED IN
COURT OF CRIMINAL APPEALS

March 25, 2015

ABEL ACOSTA, CLERK

AP-77,038
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/25/2015 3:50:37 PM
Accepted 3/25/2015 3:58:28 PM
ABEL ACOSTA
CLERK

**No. AP-77,038**

# IN THE COURT OF CRIMINAL APPEALS
## AT AUSTIN, TEXAS

_____

## US CARNELL PETETAN, JR., a/k/a, CARNELL PETETAN, JR., Appellant

*v.*

## THE STATE OF TEXAS

_____

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

_____

**TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:**

Comes now, US Carnell Petetan, Jr., Appellant in the above styled and numbered cause and would show this honorable Court the following:

**I.**

Petetan was convicted in the above cause for the offense of capital murder and punishment was at death. Notice of appeal was timely filed and the appeal docketed in this Court.

**II.**

A clerk's record was filed on September 4, 2014. A reporter's record was filed on March 3, 2015. Petetan's brief is due on April 2, 2015.

**III.**

Appellant seeks a 90 day extension of the current deadline in which to file Appellant's brief, up to and including, July 1, 2015.

**IV.**

This request is based on the following facts which prevent counsel for Appellant from preparing the brief by the current deadline:

The record in this cause is voluminous. It is comprised of 67 volumes and various electronic exhibits. The record is 9,890 pages in length. Counsel has not had an opportunity to review the record and prepare Appellant's brief by April 2, 2015. Filing of the brief cannot be accomplished by the current deadline while still effectively representing Appellant on direct appeal to this Court.

**V.**

This is the first request for an extension to file Appellant's brief.

**PRAYER**

Appellant requests this Court grant the motion and extend the time to file Appellant's brief by 90 days, up to and including, July 1, 2015.

Respectfully submitted,

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300

1411 West Ave., Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594
wetzel_law@1411west.com

Attorney for Appellant
US Carnell Petetan, Jr.

## CERTIFICATE OF SERVICE

This is to certify a true and correct copy of this pleading was mailed to Counsel for the State of Texas, Abel Reyna, Criminal District Attorney, 219 N. 6th St., Ste. 200, Waco, TX, 76701 on this the 25th day of March, 2015.

/s/Richard E. Wetzel
Richard E. Wetzel
State Bar No. 21236300